# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, | § § § § § |
| Plaintiff, | § |
| v. | §  CIVIL NO. 4:24-cv-3480 |
| | § |
| DINAR IUNUSOV, | § § |
| Defendant. | § § § |

## COMPLAINT

Plaintiff, United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), files this Complaint seeking an Emergency Court Order to permit involuntary medical testing of Defendant Dinar Iunusov, an alien lawfully in detention at the Houston Contract Detention Facility ("HCDF") in Houston, Texas.  Mr. Iunusov was classified as a hunger striker on August 29, 2024, and is now on day 22 of his hunger strike. His refusal to eat and drink has reached a point where serious bodily injury is likely.

## JURISDICTION

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1345 because the United States of America is the Plaintiff.

2. Courts have recognized that the United States has authority to prevent suicides by detainees and prisoners. *See United States Department of Homeland Security, Immigration and*

*Customs Enforcement v. Tortolo-Garcia*, No. 4:24-cv-2268, Docket No. 5 (S.D. Tex. June 18, 2024)( granting temporary restraining order to allow for involuntary medical monitoring, involuntary feeding, and hydration)(Ellison, J.); *United States Department of Homeland Security, Immigration and Customs Enforcement v. Ali*, No. 4:24-cv-2242, Docket No. 5 (S.D. Tex. June 14, 2024)(granting temporary restraining order to allow for involuntary medical monitoring, involuntary feeding, and hydration)(Hanen, J.)*; United States Department of Homeland Security v. Ivanov*, No. 19-cv-1573-DMS-MDD, Docket No. 6 (S.D. Cal. Aug. 22, 2019) (granting temporary restraining order to allow physical evaluations, involuntary feeding and hydration, and restraint if necessary).

## VENUE

3. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the claim occurred in this district, at the Houston Contract Detention Facility (HCDF) in Houston, Texas.

## FACTS

4. Defendant is an individual in ICE custody.

5. Defendant is a citizen and national of Russia and is presently detained at the HCDF pursuant to the Immigration and Nationality Act (INA). He has been detained at the HCDF since September 5, 2024. Prior to his detention at HCDF, Defendant was detained at the Winn Correctional Center in Winnfield, Louisiana from January 18, 2024, through September 5, 2024.

6. As of September 16, 2024, Defendant is on his 22nd day of his self-imposed hunger strike. He has missed a total of 66 meals.

7. Defendant's treating physician at HCDF is concerned that involuntary medical testing is necessary now to prevent further deterioration and serious medical complications. Continued fasting will result in permanent bodily damage and has the potential to become life threatening. Metabolic imbalance, if left untreated, will cause fatal arrhythmia and/or cardiac arrest.

8. If Defendant's medical condition worsens, Plaintiff may need to seek additional emergency relief from this Court.

## PRAYER FOR RELIEF

WHEREFORE, Petitioner prays:

a. That the Court issue an Order directing the United States, through competent medical providers employed by or contracted with the Public Health Service, ICE Health Service Corps, or at private medical facilities to (1) perform physical evaluations on Defendant, take his vital signs, and perform laboratory testing; and (2) restrain Defendant, if necessary, to accomplish these procedures.

b. That the Court set this matter for hearing as soon as practicable so that it can determine the rights of Defendant; and

c. For other such relief as the Court deems appropriate.

Dated: September 17, 2024

    Respectfully submitted,

    ALAMDAR S. HAMDANI
    United States Attorney

    By: /s/ *Natasha Alexander*

    Natasha Alexander
    Assistant United States Attorney
    Southern District No. 3770021
    Texas Bar No. 24125476
    1000 Louisiana, Suite 2300
    Houston, Texas 77002
    Tel: (713) 567-9000
    Fax: (713) 718-3303
    E-mail: natasha.alexander@usdoj.gov

    Attorney for Defendant