UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

U.S. DEPARTMENT OF HOMELAND          .
SECURITY, IMMIGRATION AND CUSTOMS    .
ENFORCEMENT,                         .
                                     .
                Plaintiff,           .
                                     . Civil Action
VS.                                  . No. H-4:24-CV-3480
                                     .
DINAR IUNUSOV,                       . Houston, Texas
                                     . September 26, 2024
                                     . 3:02 p.m.
                Defendant.           .
. . . . . . . . . . . . . . . . . . .

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE ALFRED H. BENNETT
STATUS CONFERENCE

APPEARANCES:

FOR THE PLAINTIFF:

        (No appearances for the plaintiff)

FOR THE DEFENDANT:

        Ms. Natasha Ann Alexander
        Mr. Shawn Ren
        Assistant United States Attorneys
        Department of Justice - Civil Division
        1000 Louisiana Street
        Suite 2300
        Houston, Texas  77002
        713.567.9000
        Natasha.Alexander@usdoj.gov

ALSO PRESENT:

        Dr. Ana Stella
        Mr. Fernando Nieto

        PROCEEDINGS RECORDED BY STENOGRAPHIC MEANS,
   TRANSCRIPT PRODUCED FROM COMPUTER-AIDED TRANSCRIPTION

        Gayle Dye, CSR, RDR, CRR - 713.250.5582

INTERPRETER:

Mr. Alexander Shapiro

COURT REPORTER:

GAYLE L. DYE, CSR, RDR, CRR
515 Rusk, Room 8004
Houston, Texas  77002
713.250.5582

PROCEEDINGS

September 26, 2024

MS. ALEXANDER:  The interpreter's name is Mr. Shapiro. I tried to contact him.  He didn't answer.  Also, my supervisor is going to call them.  I called them twice.  We got a Russian translator.  So, we went through a third-party service.  I apologize.  They were aware of the time and the place, and they should know.

THE COURT:  Understood.  Thank you.

Our translator is now here.

Sir, if you will come forward.

THE INTERPRETER:  Good afternoon, your Honor.

THE COURT:  What is your name?

THE INTERPRETER:  Alex Shapiro, your Honor.

THE COURT:  Okay.  Just a moment.

This is Cause Number 4:24-CV-3480, United States Department of Homeland Security, et al., versus Dinar Iunusov.

Counsel, your appearances for the record.

MS. ALEXANDER:  Natasha Alexander on behalf of the plaintiff.  I also have AUSA Shawn Ren with me and the doctor -- our declarant, Dr. Stella, from ICE is here, as well as Mr. Nieto, who is also from ICE.

THE COURT:  Very well.

And sir, again, what is your name?

THE INTERPRETER:  Alexander Shapiro.

THE COURT:  I understand that you're going to be serving as an interpreter for us today.  Is that correct?

THE INTERPRETER:  Yes, your Honor.

THE COURT:  Have you served as an interpreter in courts before?

THE INTERPRETER:  Yes.  For many years.

THE COURT:  Okay.  And have you served as an interpreter before this Court before?

THE INTERPRETER:  Oh, yes.  Not this Court but this building, yes, many times.

THE COURT:  Very well.  We're going to swear you in so --

THE INTERPRETER:  Sure.

THE COURT:  -- please raise your right hand.

(The interpreter was sworn.)

THE COURT:  All right.  This is the defendant you will be interpreting for.  There are a couple of ways you can do that.  You can sit next to him.  I believe we also have --

Do we have -- does this system work here?

THE CASE MANAGER:  The headphones?

THE COURT:  Yes.  If not -- why don't you go ahead and take a seat next to him.

THE INTERPRETER:  Okay.

THE COURT:  And, again, sir, you may interpret as we speak here in the courtroom for the defendant.

THE INTERPRETER:  Yes, sir.

THE COURT:  Okay.

The Court has before it a -- the Court has before it the motion for additional relief related to the defendant. It is my understanding that the government wishes to, one, continue involuntary medical monitoring; two, involuntarily feed and hydrate the defendant; and three, restrain the defendant, if necessary, to accomplish these procedures in order to prevent injury, organ failure, and/or death due to a self-imposed hunger strike.

MS. ALEXANDER:  Yes, your Honor, that is the government's intention.

THE COURT:  Okay.  So, as of now, what is the defendant's condition based upon the monitoring that was previously granted last Friday?

MS. ALEXANDER:  So, your Honor, after the order was granted by this Court, I did do some medical blood work testing. And after the testing, it was determined that his health was further deteriorating.  He is still on a hunger strike.  As of yesterday, he's missed 91 meals.  He's on Day 31 of his hunger strike.

Today, I have the doctor that can speak to more of the medical knowledge of it; but we're asking for additional relief.  And we had the detainee come here because we wanted to make it as transparent that we are seeking this relief because

it's getting dire.

THE COURT:  In regards to his hunger strike, have you determined why he has gone on a hunger strike?

MS. ALEXANDER:  I'm under the impression that he's under a hunger strike because he wants to be released.  He does have an immigration hearing on October 10th.  So, he's still in deportation proceedings.

THE COURT:  Very well.  I'm going to hold an ex parte portion of this hearing.  I'm going to speak with the defendant in private for a moment.  And then, I'll call the government back in at that time.  So, if you're with the United States Government, the prosecution team, please step out to the hallway.

Doctor --

DR. ANA STELLA:  Yes, sir.

(The government left the courtroom.)

THE COURT:  -- could you please hold for a moment?

DR. ANA STELLA:  Yes, sir.

(The following redacted portion of the transcript was held ex parte:)

Gayle Dye, CSR, RDR, CRR - 713.250.5582













THE COURT: Let the record reflect that the government's attorney has returned to the courtroom.

The Court has conducted an ex parte hearing with the defendant to get to an understanding as to why he is on a hunger strike. During that ex parte hearing, the Court allowed the doctor to remain in the courtroom to explain to the Court and have it translated for the defendant the medical -- or health condition he faces should he continue on his hunger strike.

The doctor has been instructed not to disclose that portion of the hearing to the government with the exception of what you hear me now comment on while everyone is in the courtroom.

So, you -- if the government asks you about anything that I'm about to say, you may respond to that if they question you about that later. But to the extent that you witnessed what the defendant said, that is not to be repeated unless I repeat it here now.

And so, the doctor has been so instructed; and the government is now so aware.

I have been informed by the defendant that he

Gayle Dye, CSR, RDR, CRR - 713.250.5582

believes that he was denied medical treatment at a previous facility. He also believes, according to him, that his human rights have been violated. I've explained to the defendant my first and primary concern at this time is his health condition.

And after having the doctor explain to him the health risks he faces by continuing his hunger strike, the defendant indicated to me he was still not willing to end his hunger strike.

As such, the Court will grant the government's request that this defendant be involuntarily fed and hydrated; that the government be permitted to perform physical evaluations on the defendant, including taking his vital signs and performing any necessary testing as to his health condition; and, if necessary, to restrain the defendant for purposes of accomplishing both the feeding and the hydration and the testing.

Part two of this is not what you've asked for but what I'm going to instruct you to do. And that is, to conduct an internal investigation as to his treatment regarding, one, denial of any necessary medical treatment that he stated that he needed prior to his hunger strike and, two, to investigate whether or not this defendant has been humanely and fairly treated while in your custody.

I would like that report to be provided to the Court within the next 14 days. Based upon the -- and you're

Gayle Dye, CSR, RDR, CRR - 713.250.5582

doing the latter to this investigation as an officer of this Court.

Based upon the information you provide me, I will make a determination as to whether or not it is in the defendant's best interest to appoint him legal counsel to pursue any additional relief he may -- he may need.

Counsel, any questions for the Court?

MS. ALEXANDER:  No, your Honor, no questions at this time.

THE COURT:  Very well.

You provided me, I believe, with the motion.  I didn't -- oh, the order that you provided I am signing now here on the 26th.  It is 3:30 p.m.  That order has been signed.

For the Court's edification, Doctor, is there anything else I need to be made aware of based upon the order I provided here for the health and welfare of the defendant?

DR. ANA STELLA:  No, sir.  If he just --

THE COURT:  Stand up so I can hear you.

DR. ANA STELLA:  No.  I would just recommend that he signs his medical consent so we can continue the treatment.

THE COURT:  Well, I'm not going to order him to sign any document.  You have an order from this Court, again, that allows you to involuntarily restrain him for feeding, hydration, and testing.  And so, once we make sure that he's not in the window of danger, we can revisit this issue.

So, by way of his health and welfare, feeding, hydration, and testing, is there anything else you need to ensure his health and safety?

DR. ANA STELLA:  No, sir.

THE COURT:  Very well.

Counsel, anything else?

MS. ALEXANDER:  No, your Honor.

THE COURT:  I expect to hear from you within 14 days.

Thank you.  We're adjourned.  You're excused.

(Proceedings concluded at 3:27 p.m.)

C E R T I F I C A T E

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter, to the best of my ability.

By: /s/*Gayle L Dye*                    *10-03-2024*

Gayle L. Dye, CSR, RDR, CRR        Date

Gayle Dye, CSR, RDR, CRR - 713.250.5582

**/**

/s/Gayle [1] - 16:19

**1**

10-01-2024 [1] - 16:19
1000 [1] - 1:19
10th [1] - 6:6
14 [2] - 14:25, 16:8

**2**

2024 [2] - 1:8, 3:2
2300 [1] - 1:19
26 [2] - 1:8, 3:2
26th [1] - 15:13

**3**

31 [1] - 5:20
3:02 [1] - 1:9
3:27 [1] - 16:10
3:30 [1] - 15:13

**4**

4:24-CV-3480 [1] - 3:16

**5**

515 [1] - 2:7

**7**

713.250.5582 [1] - 2:8
713.567.9000 [1] - 1:20
77002 [2] - 1:20, 2:8

**8**

8004 [1] - 2:7

**9**

91 [1] - 5:20

**A**

ability [1] - 16:17
above-entitled [1] - 16:16
accomplish [1] - 5:8
accomplishing [1] - 14:15
according [1] - 14:2
Action [1] - 1:6
additional [3] - 5:4, 5:23, 15:6
adjourned [1] - 16:9
afternoon [1] - 3:12
ahead [1] - 4:21
AIDED [1] - 1:25
al [1] - 3:17

Alex [1] - 3:14
Alexander [4] - 1:17, 2:2, 3:19, 3:25
ALEXANDER [7] - 3:3, 3:19, 5:11, 5:16, 6:4, 15:8, 16:7
ALFRED [1] - 1:11
allowed [1] - 13:9
allows [1] - 15:23
ALSO [1] - 1:22
ANA [5] - 6:15, 6:18, 15:17, 15:19, 16:4
Ana [1] - 1:23
AND [1] - 1:4
Ann [1] - 1:17
answer [1] - 3:4
apologize [1] - 3:7
APPEARANCES [1] - 1:13
appearances [2] - 1:15, 3:18
appoint [1] - 15:5
Assistant [1] - 1:18
attorney [1] - 13:6
Attorneys [1] - 1:18
AUSA [1] - 3:20
aware [3] - 3:7, 13:24, 15:15

**B**

based [4] - 5:14, 14:25, 15:3, 15:15
BEFORE [1] - 1:11
behalf [1] - 3:19
believes [2] - 14:1, 14:2
BENNETT [1] - 1:11
best [2] - 15:5, 16:17
blood [1] - 5:17
building [1] - 4:10
BY [1] - 1:24

**C**

CASE [1] - 4:20
certify [1] - 16:15
Civil [2] - 1:6, 1:18
comment [1] - 13:16
COMPUTER [1] - 1:25
COMPUTER-AIDED [1] - 1:25
concern [1] - 14:4
concluded [1] - 16:10
condition [4] - 5:14, 13:12, 14:4, 14:13
conduct [1] - 14:18
conducted [1] - 13:7
CONFERENCE [1] - 1:12
consent [1] - 15:20
contact [1] - 3:4
continue [3] - 5:6, 13:12, 15:20
continuing [1] - 14:6
correct [2] - 4:2, 16:15
counsel [4] - 3:18, 15:5, 15:7, 16:6
couple [1] - 4:17
COURT [25] - 1:1, 2:6, 3:9, 3:13, 3:15, 3:23, 4:1, 4:4, 4:7, 4:11, 4:14, 4:16, 4:21, 4:24, 5:2, 5:13, 6:2, 6:8, 6:17,

13:5, 15:10, 15:18, 15:21, 16:5, 16:8
Court [13] - 4:8, 4:9, 5:3, 5:17, 13:7, 13:9, 13:10, 14:9, 14:25, 15:2, 15:7, 15:22
Court's [1] - 15:14
courtroom [5] - 4:25, 6:16, 13:6, 13:10, 13:17
courts [1] - 4:5
CRR [2] - 2:7, 16:20
CSR [2] - 2:7, 16:20
custody [1] - 14:23
CUSTOMS [1] - 1:4

**D**

danger [1] - 15:25
Date [1] - 16:20
days [2] - 14:25, 16:8
death [1] - 5:9
declarant [1] - 3:21
Defendant [1] - 1:9
defendant [17] - 4:16, 4:25, 5:4, 5:7, 6:9, 13:8, 13:11, 13:21, 13:25, 14:3, 14:7, 14:10, 14:12, 14:14, 14:22, 15:16
DEFENDANT [1] - 1:16
defendant's [2] - 5:14, 15:5
denial [1] - 14:20
denied [1] - 14:1
DEPARTMENT [1] - 1:4
Department [2] - 1:18, 3:17
deportation [1] - 6:7
detainee [1] - 5:24
deteriorating [1] - 5:19
determination [1] - 15:4
determined [2] - 5:18, 6:3
Dinar [1] - 3:17
DINAR [1] - 1:8
dire [1] - 6:1
disclose [1] - 13:14
DISTRICT [2] - 1:1, 1:2
DIVISION [1] - 1:3
Division [1] - 1:18
doctor [8] - 3:20, 5:22, 6:14, 13:10, 13:14, 13:23, 14:5, 15:14
document [1] - 15:22
DR [5] - 6:15, 6:18, 15:17, 15:19, 16:4
Dr [2] - 1:23, 3:21
due [1] - 5:9
during [1] - 13:9
Dye [2] - 16:19, 16:20
DYE [1] - 2:7

**E**

edification [1] - 15:14
end [1] - 14:7
ENFORCEMENT [1] - 1:5
ensure [1] - 16:3
entitled [1] - 16:16

et [1] - 3:17
evaluations [1] - 14:11
ex [4] - 6:8, 6:20, 13:7, 13:9
exception [1] - 13:15
excused [1] - 16:9
expect [1] - 16:8
explain [2] - 13:10, 14:5
explained [1] - 14:3
extent [1] - 13:20

**F**

faces [2] - 13:12, 14:6
facility [1] - 14:2
failure [1] - 5:9
fairly [1] - 14:22
fed [1] - 14:10
feed [1] - 5:6
feeding [3] - 14:15, 15:23, 16:1
Fernando [1] - 1:23
first [1] - 14:4
following [1] - 6:19
FOR [2] - 1:14, 1:16
foregoing [1] - 16:15
forward [1] - 3:11
Friday [1] - 5:15
FROM [1] - 1:25

**G**

Gayle [1] - 16:20
GAYLE [1] - 2:7
government [8] - 5:5, 6:10, 6:12, 6:16, 13:15, 13:18, 13:24, 14:11
government's [3] - 5:12, 13:6, 14:9
grant [1] - 14:9
granted [2] - 5:15, 5:17

**H**

H-4:24-CV-3480 [1] - 1:7
hallway [1] - 6:13
hand [1] - 4:14
headphones [1] - 4:20
health [8] - 5:18, 13:12, 14:4, 14:6, 14:13, 15:16, 16:1, 16:3
hear [3] - 13:16, 15:18, 16:8
hearing [5] - 6:6, 6:9, 13:7, 13:9, 13:15
held [1] - 6:19
hold [2] - 6:8, 6:17
Homeland [1] - 3:17
HOMELAND [1] - 1:4
Honor [7] - 3:12, 3:14, 4:3, 5:11, 5:16, 15:8, 16:7
HONORABLE [1] - 1:11
HOUSTON [1] - 1:3
Houston [3] - 1:8, 1:20, 2:8
human [1] - 14:2
humanely [1] - 14:22
hunger [11] - 5:9, 5:19, 5:20, 6:2, 6:3, 6:5, 13:9, 13:12, 14:6, 14:8, 14:21
hydrate [1] - 5:7
hydrated [1] - 14:10
hydration [3] - 14:15, 15:23, 16:2

**I**

ICE [2] - 3:21, 3:22
immigration [1] - 6:6
IMMIGRATION [1] - 1:4
imposed [1] - 5:9
impression [1] - 6:4
including [1] - 14:12
indicated [1] - 14:7
information [1] - 15:3
informed [1] - 13:25
injury [1] - 5:9
instruct [1] - 14:18
instructed [2] - 13:14, 13:23
intention [1] - 5:12
interest [1] - 15:5
internal [1] - 14:19
interpret [1] - 4:24
INTERPRETER [10] - 2:1, 3:12, 3:14, 3:25, 4:3, 4:6, 4:9, 4:13, 4:23, 5:1
interpreter [4] - 4:2, 4:4, 4:8, 4:15
interpreter's [1] - 3:3
interpreting [1] - 4:17
investigate [1] - 14:21
investigation [2] - 14:19, 15:1
involuntarily [3] - 5:6, 14:10, 15:23
involuntary [1] - 5:6
issue [1] - 15:25
IUNUSOV [1] - 1:8
Iunusov [1] - 3:17

**J**

Justice [1] - 1:18

**K**

knowledge [1] - 5:23

**L**

last [1] - 5:15
latter [1] - 15:1
left [1] - 6:16
legal [1] - 15:5
Louisiana [1] - 1:19

**M**

MANAGER [1] - 4:20
matter [1] - 16:16
meals [1] - 5:20
MEANS [1] - 1:24
medical [7] - 5:6, 5:17, 5:23, 13:11, 14:1, 14:20, 15:20

missed [1] - 5:20
moment [3] - 3:15, 6:10, 6:17
monitoring [2] - 5:6, 5:14
motion [2] - 5:4, 15:11
MS [7] - 3:3, 3:19, 5:11, 5:16, 6:4, 15:8, 16:7

**N**

name [3] - 3:3, 3:13, 3:24
Natasha [2] - 1:17, 3:19
Natasha.Alexander@usdoj.gov [1] - 1:21
necessary [4] - 5:8, 14:13, 14:14, 14:20
need [3] - 15:6, 15:15, 16:2
needed [1] - 14:21
next [3] - 4:18, 4:22, 14:25
Nieto [2] - 1:23, 3:22
number [1] - 3:16

**O**

October [1] - 6:6
OF [3] - 1:2, 1:4, 1:11
officer [1] - 15:1
once [1] - 15:24
one [2] - 5:5, 14:19
order [7] - 5:8, 5:16, 15:12, 15:13, 15:15, 15:21, 15:22
organ [1] - 5:9

**P**

p.m [3] - 1:9, 15:13, 16:10
part [1] - 14:17
parte [4] - 6:8, 6:20, 13:7, 13:9
party [1] - 3:6
perform [1] - 14:11
performing [1] - 14:13
permitted [1] - 14:11
physical [1] - 14:11
place [1] - 3:7
Plaintiff [1] - 1:6
PLAINTIFF [1] - 1:14
plaintiff [2] - 1:15, 3:20
portion [3] - 6:9, 6:19, 13:15
PRESENT [1] - 1:22
prevent [1] - 5:8
previous [1] - 14:1
previously [1] - 5:15
primary [1] - 14:4
private [1] - 6:10
procedures [1] - 5:8
proceedings [3] - 6:7, 16:10, 16:16
PROCEEDINGS [3] - 1:11, 1:24, 3:1
PRODUCED [1] - 1:25
prosecution [1] - 6:12
provide [1] - 15:3
provided [4] - 14:24, 15:11, 15:12, 15:16

**purposes** [1] - 14:14
**pursue** [1] - 15:5

## Q

**questions** [2] - 15:7, 15:8

## R

**raise** [1] - 4:14
**RDR** [2] - 2:7, 16:20
**recommend** [1] - 15:19
**record** [3] - 3:18, 13:5, 16:16
**RECORDED** [1] - 1:24
**redacted** [1] - 6:19
**reflect** [1] - 13:5
**regarding** [1] - 14:19
**regards** [1] - 6:2
**related** [1] - 5:4
**released** [1] - 6:5
**relief** [4] - 5:4, 5:24, 5:25, 15:6
**remain** [1] - 13:10
**Ren** [2] - 1:17, 3:20
**repeat** [1] - 13:22
**repeated** [1] - 13:21
**report** [1] - 14:24
**REPORTER** [1] - 2:6
**request** [1] - 14:10
**respond** [1] - 13:19
**restrain** [3] - 5:7, 14:14, 15:23
**returned** [1] - 13:6
**revisit** [1] - 15:25
**rights** [1] - 14:3
**risks** [1] - 14:6
**Room** [1] - 2:7
**Rusk** [1] - 2:7
**Russian** [1] - 3:5

## S

**safety** [1] - 16:3
**seat** [1] - 4:22
**sECURITY** [1] - 1:4
**Security** [1] - 3:17
**seeking** [1] - 5:25
**self** [1] - 5:9
**self-imposed** [1] - 5:9
**september** [1] - 1:8
**September** [1] - 3:2
**served** [2] - 4:4, 4:7
**service** [1] - 3:6
**serving** [1] - 4:2
**Shapiro** [4] - 2:2, 3:3, 3:14, 3:25
**Shawn** [2] - 1:17, 3:20
**sign** [1] - 15:21
**signed** [1] - 15:13
**signing** [1] - 15:12
**signs** [2] - 14:12, 15:20
**sit** [1] - 4:18

**SOUTHERN** [1] - 1:2
**stand** [1] - 15:18
**STATES** [1] - 1:1
**States** [3] - 1:18, 3:16, 6:11
**STATUS** [1] - 1:12
**STELLA** [5] - 6:15, 6:18, 15:17, 15:19, 16:4
**Stella** [2] - 1:23, 3:21
**STENOGRAPHIC** [1] - 1:24
**step** [1] - 6:12
**still** [3] - 5:19, 6:6, 14:7
**Street** [1] - 1:19
**strike** [11] - 5:10, 5:19, 5:21, 6:2, 6:3, 6:5, 13:9, 13:13, 14:6, 14:8, 14:21
**Suite** [1] - 1:19
**supervisor** [1] - 3:4
**swear** [1] - 4:11
**sworn** [1] - 4:15
**system** [1] - 4:19

## T

**team** [1] - 6:12
**testing** [6] - 5:17, 5:18, 14:13, 14:16, 15:24, 16:2
**TEXAS** [1] - 1:2
**Texas** [3] - 1:8, 1:20, 2:8
**THE** [36] - 1:11, 1:14, 1:16, 3:9, 3:12, 3:13, 3:14, 3:15, 3:23, 3:25, 4:1, 4:3, 4:4, 4:6, 4:7, 4:9, 4:11, 4:13, 4:14, 4:16, 4:20, 4:21, 4:23, 4:24, 5:1, 5:2, 5:13, 6:2, 6:8, 6:17, 13:5, 15:10, 15:18, 15:21, 16:5, 16:8
**third** [1] - 3:6
**third-party** [1] - 3:6
**three** [1] - 5:7
**today** [2] - 4:2, 5:22
**TRANSCRIPT** [2] - 1:11, 1:25
**transcript** [2] - 6:19, 16:15
**TRANSCRIPTION** [1] - 1:25
**translated** [1] - 13:11
**translator** [2] - 3:6, 3:10
**transparent** [1] - 5:25
**treated** [1] - 14:23
**treatment** [4] - 14:1, 14:19, 14:20, 15:20
**tried** [1] - 3:4
**twice** [1] - 3:5
**two** [3] - 5:6, 14:17, 14:21

## U

**U.S** [1] - 1:4
**under** [2] - 6:4, 6:5
**understood** [1] - 3:9
**UNITED** [1] - 1:1
**United** [3] - 1:18, 3:16, 6:11
**unless** [1] - 13:22
**up** [1] - 15:18

## V

**versus** [1] - 3:17
**violated** [1] - 14:3
**vital** [1] - 14:12
**VS** [1] - 1:7

## W

**wants** [1] - 6:5
**ways** [1] - 4:17
**welfare** [2] - 15:16, 16:1
**willing** [1] - 14:7
**window** [1] - 15:25
**wishes** [1] - 5:5
**witnessed** [1] - 13:21

## Y

**years** [1] - 4:6
**yesterday** [1] - 5:20