**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF | § | |
| HOMELAND SECURITY, | § | |
| IMMIGRATION AND CUSTOMS | § | |
| ENFORCEMENT, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | CIVIL NO.   4:24-cv-3480 |
| DINAR IUNUSOV, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**NOTICE OF LODGING**

Pursuant to the Court's September 26, 2024, Order, the undersigned Assistant United States Attorney has completed the required report. *See* Minute Entry from September 26, 2024. The report has been hand-delivered to chambers, as the report includes personally identifiable information.

Dated: October 10, 2024

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney

By: */s/ Natasha Alexander*
Natasha Alexander
Assistant United States Attorney
Southern District No. 3770021
Texas Bar No. 24125476
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9422
Fax: (713) 718-3303
E-mail: natasha.alexander@usdoj.gov