**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, | § § § § § | |
| Plaintiff, | § | CIVIL NO.   4:24-cv-03480 |
| v. | § | |
| | § | |
| DINAR IUNUSOV, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**UNITED STATES DEPARTMENT OF HOMELAND SECURITY,**
**IMMIGRATTION AND CUSTOMS ENFORCEMENT'S ("ICE")**
**STATUS UPDATE**

Plaintiff, United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), provides this status update to the Court, pursuant to the Court's order granting preliminary injunction relief. *See* ECF Doc. 19.

Simply put, Mr. Dinar Iunusov ("Defendant" or "Iunusov") refuses to end his hunger strike. Since the Court's Order granting preliminary injunction relief to ICE, Mr. Iunusov continues to receive involuntary medical monitoring, and involuntary nutrition. *See* ECF 22, Dr. Alisha Wren, Clinical Director at the Houston Contract Detention Facility ("Wren Declaration") ¶7.[1]

---

[1] The undersigned counsel chose to file the declaration under seal to protect the medical information of the Defendant.

This status update includes two developments the Court should be made aware of. The first is that on November 4, 2024, Mr. Iunusov agreed to seek an evaluation from a psychiatric nurse practitioner. *See* ECF Doc. 22 ¶8. He was given a diagnosis and prescribed medication. *Id.* However, Mr. Iunusov refuses to take the medication and the medication was discontinued for non-compliance. *Id.* The second development is that on November 5, 2024, Mr. Iunusov was transported to the Emergency Department for dehydration. *Id.* ¶10. However, upon arrival  Mr. Iunusov refused all treatment and signed himself out against medical advice. *Id.* ¶10.

As of November 27, 2024, the Government maintains its position that involuntary medical monitoring and nutrition is necessary to sustain Mr. Iunusov's life.

Dated: November 27, 2024

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney

By: */s/ Natasha Alexander*

Natasha Alexander
Assistant United States Attorney
Southern District No. 3770021
Texas Bar No. 24125476
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9000
Fax: (713) 718-3303
E-mail: natasha.alexander@usdoj.gov

Attorney for Plaintiff