**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, | § § § § § | |
| Plaintiff, | § | CIVIL NO.   4:24-cv-03480 |
| v. | § | |
| | § | |
| DINAR IUNUSOV, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**UNITED STATES DEPARTMENT OF HOMELAND SECURITY,**
**IMMIGRATTION AND CUSTOMS ENFORCEMENT'S ("ICE")**
**MOTION TO CANCEL INITIAL CONFERENCE**

Plaintiff, United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), moves the Court to cancel the initial conference set in this case.

This case involves the hunger strike of Mr. Dinar Iunusov ("Defendant" or "Iunusov"). Mr. Iunusov is being held at the Houston Contract Detention Facility. He has been on a hunger strike since August 29, 2024. *See* ECF Doc. 1. Mr. Iunusov is proceeding pro se in this matter. On October 28, 2024, the Honorable Alfred Bennett, after hearing live testimony, granted ICE's request for a preliminary injunction. *See* ECF Doc. 19. As part of the preliminary injunction relief, ICE is permitted to involuntarily feed and hydrate Mr. Iunusov, and perform physical evaluations of Mr. Iunusov. *See* ECF Doc. 19.  Additionally, ICE agreed to provide a

status update to the Court every thirty days. ICE provided its first status update on November 27, 2024. *See* ECF Doc. 22.

ICE requests this Court cancel the initial conference for several reasons. First, the District Court's ruling on the preliminary injunction resolved the merits dispute in this case. . Second, this case will not involve discovery or an administrative record. If further litigation is necessary, it will only involve converting the preliminary injunction order to a permanent injunction and ruling on the merits. Thus, a docket control order is unnecessary in this case.

Alternatively, ICE requests the Court reset the initial conference for some time after April 1, 2025. This will allow time for a more substantive update and a better idea of whether Mr. Iunusov will end his hunger strike, which would resolve the case. The hope is that Mr. Iunusov will choose to end his hunger strike and that this lawsuit will be voluntarily dismissed.

Dated: December 5, 2024

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney

By: */s/ Natasha Alexander*

Natasha Alexander
Assistant United States Attorney
Southern District No. 3770021
Texas Bar No. 24125476
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9000
Fax: (713) 718-3303
E-mail: natasha.alexander@usdoj.gov