**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT | § | |
| OF HOMELAND SECURITY, | § | |
| IMMIGRATION AND CUSTOMS | § | |
| ENFORCEMENT, | § | |
| | § | |
| Plaintiff, | § | CIVIL NO.   4:24-cv-03480 |
| v. | § | |
| | § | |
| DINAR IUNUSOV, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**UNITED STATES DEPARTMENT OF HOMELAND SECURITY,**
**IMMIGRATION AND CUSTOMS ENFORCEMENT'S ("ICE")**
**STATUS UPDATE**

Plaintiff, United States Department of Homeland Security, Immigration and Customs

Enforcement ("ICE"), provides this status update to the Court, pursuant to the Court's order

granting preliminary injunction relief. *See* ECF Doc. 19.

Simply put, Mr. Dinar Iunusov ("Defendant" or "Iunusov") refuses to end his hunger

strike. Since the Court's Order granting preliminary injunction relief to ICE, Mr. Iunusov

continues to receive involuntary medical monitoring, and involuntary nutrition. *See* ECF Doc.

27, Dr. Alisha Wren, Clinical Director at the Houston Contract Detention Facility ("Wren

Declaration") ¶7.[1]

---

[1] The undersigned counsel chose to file the declaration under seal to protect the medical information of the Defendant.

This status update includes one new development the Court should be made aware of. Mr. Iunusov has begun, on occasion, voluntarily drinking nutritional supplements. *See* ECF Doc. 27 ¶10. Since, December 9, 2024, Mr. Iunusov has agreed to consume nutritional supplements, and the Government has not been required to use the nasogastric tube for feedings. *See id.* at ¶10. However, beyond the consumption of nutritional supplements, Mr. Iunusov still refuses to consume food. *Id.* at ¶7.

As of December 26, 2024, the Government maintains its position that involuntary medical monitoring and nutrition is necessary to sustain Mr. Iunusov's life.

Dated: December 26, 2024

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney

By: */s/ Natasha Alexander*

Natasha Alexander
Assistant United States Attorney
Southern District No. 3770021
Texas Bar No. 24125476
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9000
Fax: (713) 718-3303
E-mail: natasha.alexander@usdoj.gov

Attorney for Plaintiff