**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL NO.  4:24-CV-3480 |
| Plaintiff, | | |
| v. | | |
| DINAR IUNUSOV, | | |
| Defendant. | | |

## NOTICE OF DISIMISSAL WITHOUT PREJUDICE

The Plaintiff, United States Department of Homeland Security, Immigration and Customs Enforcement, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, files this Notice of Dismissal, without Prejudice. At this time, the Defendant is consuming sufficient calories and fluids to maintain homeostasis where involuntary nutrition is no longer necessary; therefore, the Plaintiff is dismissing this lawsuit without prejudice to refiling.

Dated: January 27, 2025

Respectfully submitted,

JENNIFER B. LOWERY
Acting United States Attorney

By: */s/ Natasha Alexander*
Natasha Alexander
Assistant United States Attorney
Attorney in Charge
Southern District No. 3770021
Texas Bar No.  24125476
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9422
Fax: (713) 718-3303

E-mail: Natasha.Alexander@usdoj.gov

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that, on January 27, 2025, the foregoing was filed and provided to ICE representatives to serve on Defendant.

*/s/ Natasha Alexander*
Natasha Alexander
Assistant United States Attorney

2